IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PERRY, <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN COUNTY JAIL, <br><br> Defendant. | Civil Action <br> No. 16-5788(JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Michael Perry seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

Plaintiff did not complete the IFP application. Plaintiff must submit either a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint can be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a completed IFP application.

An appropriate order follows.

 October 3, 2016                           s/ Jerome B. Simandle
Date                                       JEROME B. SIMANDLE
                                           Chief U.S. District Judge